NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: brent.whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Seizure of<br><br>ALL FUNDS IN BANK OF AMERICA ACCOUNT NUMBER 3250 3526 3568 | No. 8:19-mj-00173<br><br>*EX PARTE* APPLICATION FOR ORDER LIFTING SEAL OF SEIZURE AFFIDAVIT AND WARRANT |

    The United States of America hereby applies *ex parte* for an order lifting the seal on the Application and Affidavit for Seizure Warrant ("Application") (Dkt. 1) and Seizure Warrant (Dkt. 2). This application is made for the following reasons:

    1. On March 12, 2019, the United States filed the Seizure Warrant and Affidavit. The Warrant has been served on the financial institution to which it is addressed. As a result, there is no further need for sealing of the documents.

    2. The U.S. Securities and Exchange Commission ("SEC") intends to commence an action related to the matters described in the Application. The SEC wishes to make reference to the Application and Seizure Warrant in the pleadings that it files. The SEC is concerned that it would be improper to mention the

Application and Seizure Warrant because they are shown on the Court's PACER system as being under seal.

3. Lifting the seal with respect to the Application and Seizure Warrant will permit the SEC to make reference to those documents in the pleadings that it files.

WHEREFORE, the United States of America respectfully requests that the Court enter an order lifting the seal with respect to the Application and Seizure Warrant in this case.

Dated: March 13, 2019      Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


　　/s/
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2