NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: brent.whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| In the Matter of the Seizure of<br><br>ALL FUNDS IN BANK OF AMERICA ACDOUNT NUMBER 3250 3526 3568 | No. 8:19-mj-00173<br><br>ORDER LIFTING SEAL OF SEIZURE AFFIDAVIT AND WARRANT |
|---|---|

Based on the application of the United States, and for good cause shown, it is hereby ORDERED that the seal imposed on the Application and Affidavit for Seizure Warrant ("Application") (Dkt. 1) and Seizure Warrant (Dkt. 2) in this case is lifted.

Dated: March 13, 2019

_____
HON. KAREN E. SCOTT
United States Magistrate Judge